UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PRIETO, PRIETO, GOAN, LLC,**

    Plaintiff(s),

v.                                     CASE NO. **8:15-CV-478-T-27TBM**

**SUNTRUST BANK,**

    Defendant(s).

_____

## ORDER TO SHOW CAUSE

It appearing to the Court that the parties have failed to file a Case Management Report pursuant to Local Rule 3.05, it is

**ORDERED:**

1. The Plaintiff is directed to show cause by a written response filed **within eleven (11) days**, why this case should not be dismissed for lack of prosecution, due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.

2. Failure of Plaintiff to file a written response **within eleven (11) days** of this order shall result in immediate dismissal of this case without further notice of the Court.

**DONE AND ORDERED** at Tampa, Florida this 30th day of June, 2015.

                                                    JAMES D. WHITTEMORE
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
Any unrepresented parties