UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRIETO, PRIETO, GOAN, LLC and
AUSTIN & LAURATO P.A.,

    Plaintiffs,

v.                                    Case No: 8:15-cv-478-T-27TBM

SUNTRUST BANK,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Suntrust Bank's Motion to Strike (Dkt. 12), and Plaintiff's response (Dkt. 14). Upon consideration, the Motion is **DENIED**. A court may "strike from a pleading" any "redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Motions to strike are generally disfavored, *id.*, and are considered to be a "drastic remedy to be resorted to only when required for the purposes of justice." *Augustus v. Bd. of Pub. Instruction of Escambia Cnty., Fla.*, 306 F.2d 862, 868 (5th Cir.1962). Factual disputes over paragraph 27 of Plaintiff's Complaint will not be resolved on this motion.

    **DONE AND ORDERED** this 2nd day of July, 2015.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record