UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRIETO, PRIETO, GOAN, LLC and
AUSTIN & LAURATO, P.A.,                                    Case No: 8:15-cv-00478-JDW-TBM

      Plaintiffs,

vs.

SUNTRUST BANK,

      Defendant.
_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

COME NOW, the Plaintiffs, PRIETO, PRIETO, GOAN, LLC and AUSTIN & LAURATO, P.A., by and through the undersigned counsel and pursuant to the applicable Federal Rule of Civil Procedure and Middle District of Florida Local Rule, and hereby notify the Court that a settlement agreement has been reached amongst the parties. The Plaintiffs request that this file remain open for sixty (60) days, pending execution of the settlement documents and receipt of the settlement proceeds, at which time a notice of voluntary dismissal with prejudice will be filed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2015 a true and correct copy of the foregoing was electronically served on the following individuals:

Peter Vilmos, Esquire
BURR & FOREMAN LLP
200 S. Orange Ave., Suite 800,
Orlando, FL 32801,
pvilmos@burr.com

1

nwmosley@burr.com

                                         ***/s/Chris Tumminia***
                                         MICHAEL V. LAURATO, ESQUIRE
Florida Bar Number: 181447
CHRISTOPHER A. TUMMINIA, ESQUIRE
Florida Bar Number: 107426
AUSTIN & LAURATO, P.A.
1902 W. Cass Street
Tampa, FL 33606
(813) 258-0624
Efile@austinlaurato.com
mlaurato@austinlaurato.com
CTumminia@austinlaurato.com