UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PRIETO, PRIETO, GOAN, LLC** and
**AUSTIN & LAURATO P.A.,**

    Plaintiffs,

v.     Case No: 8:15-cv-478-T-27TBM

**SUNTRUST BANK,**

    Defendant.
_____/

## ORDER

The Court has been advised that this case has been settled (Dkt. 23). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** *without prejudice* and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

DONE AND ORDERED this 16th day of December, 2015.

                                                    JAMES D. WHITTEMORE
                                                   United States District Judge

Copies to:
Counsel of Record